*Issue Eight*

Owens finally contends that the trial court deprived him of his constitutional right against self-incrimination by requiring him to testify against himself. This contention is also without merit; it was rejected by this court in *Hardin v. State ex rel. VanNatta* (1978), 176 Ind.App. 514, 376 N.E.2d 518. We take this opportunity to reaffirm this court's position on this matter as it is found in *Hardin, supra.*

Judgment affirmed.

Lybrook, P.J. and Robertson, J. concur.

NOTE—Reported at 382 N.E.2d 1312.

WILLIAM O'CONNER *v.* STATE OF INDIANA

[No. 2-378A99. Filed November 29, 1978. Rehearing denied April 17, 1979. Transfer granted January 24, 1980.]

GEORGE ROBERT HORN, JR. *v.* STATE OF INDIANA

[No. 3-1177A295. Filed November 29, 1978.]